MICHAEL MALK, ESQ., APC
Michael Malk, Esq., (State Bar No. 222366)
1180 South Beverly Drive, Suite 302
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210
mm@malklawfirm.com

Attorneys for Plaintiff Kevin French
and all others similarly situated

UNITED STATES DISCRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(UNLIMITED JURISDICTION)

| | |
|---|---|
| KEVIN FRENCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEC ENTERTAINMENT, INC., a Kansas Corporation, and Does 1 through 100, inclusive<br><br>Defendants. | Case No. 3:17-cv-00479-JST<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST FOR DISMISSAL |

ORDER

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation for Dismissal, IT IS HEREBY ORDERED THAT:

1) This case is dismissed in its entirety without prejudice;

2) Plaintiff will re-file the case in state court with the same class period alleged in this action; and

3) Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 14, 2017

HON. JON S. TIGAR
U.S. DISTRICT COURT JUDGE